724

Miss Catherine RANDOLPH,
Plaintiff–Appellant,

v.

US ATTORNEY GENERAL DE-
PARTMENT OF JUSTICE,
Defendant–Appellee.

Catherine Denise Randolph,
Plaintiff–Appellant,

v.

Loretta E. Lynch, U.S. Attorney
General, Dept. of Justice,
Defendant–Appellee.

Nos. 15–1358, 15–1411.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 18, 2015.

Decided: June 22, 2015.

Catherine Denise Randolph, Appellant
Pro Se.

Before SHEDD, DUNCAN, and AGEE,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Catherine
Denise Randolph appeals the district
court's orders dismissing her complaints
for failing to state a claim. *See* 28 U.S.C.
§ 1915(e)(2)(B)(ii) (2012). We have re-
viewed the records and find no reversible
error. Accordingly, we dismiss the ap-
peals as frivolous for the reasons stated by
the district court. *Randolph v. Attorney
Gen.*, No. 1:15–cv–00916–ELH (D.Md. Apr.
2, 2015); *Randolph v. Lynch*, No. 1:15–cv–
00982–ELH (D. Md. filed Apr. 9, 2015;
entered Apr. 10, 2015). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before this court and argu-
ment would not aid the decisional process.

*DISMISSED.*